| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramos, Edgardo | 2. Court or Organization<br><br>United States District Court, Southern District of New York | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,     Date 05/04/2011<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>04/30/2011 |
| 7. Chambers or Office Address<br><br>Day Pitney LLP<br>7 Times Square<br>New York, New York 10036 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |  |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Day Pitney LLP |
| 2. Commissioner | New York City Commission to Combat Police Corruption |
| 3. Board Member | Aspira of New York, Inc. |
| 4. Board Member | Connecticut Hispanic Bar Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Day Pitney LLP partnership agreement, upon separation from firm, capital contribution to be repaid in equal annual payments over five years. |
| 2. | |
| 3. | |

**FINANCIAL DISCLOSURE REPORT**

Page 2 of 12

Name of Person Reporting

Ramos, Edgardo

Date of Report

05/04/2011

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Day Pitney LLP | $345,529.00 |
| 2. | 2010 | Day Pitney LLP | $249,509.00 |
| 3. | 2011 | Day Pitney LLP | $35,638.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Simpson Thacher & Bartlett LLP |
| 2. | 2011 | Simpson Thacher & Bartlett LLP |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving line of credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | JP Morgan Chase accounts | A | Interest | K | T | Exempt | | | | |
| 2. | Bank of America accounts | A | Interest | J | T | | | | | |
| 3. | People's Bank accounts | A | Interest | M | T | | | | | |
| 4. | Charles Schwab "Aggressive Growth Option | | None | N | T | | | | | |
| 5. | TIAA CREF Retirement Account | | | | | | | | | |
| 6. | - TIAA Traditional | | None | M | T | | | | | |
| 7. | - CREF Stock | | None | L | T | | | | | |
| 8. | - CREF Equity Index | | None | J | T | | | | | |
| 9. | - CREF Global Equities | | None | K | T | | | | | |
| 10. | - CREF Bond Market | | None | K | T | | | | | |
| 11. | - CREF Inflation-Linked Bond | | None | J | T | | | | | |
| 12. | - CREF Money Market | | None | J | T | | | | | |
| 13. | Fidelity Retirement Account | | | | | | | | | |
| 14. | - Dwight Asset Management Fixed Income Fund | | None | M | T | | | | | |
| 15. | - Lazard/IBT Capital Allocator Balanced Portfolio | | None | L | T | | | | | |
| 16. | - Spartan 500 Index-Investor Class | | None | K | T | | | | | |
| 17. | - Fidelity Contrafund | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Rainier Small Mid Cap Equity Instl CL | | None | J | T | | | | | |
| 19. - PIMCO Total Return Inst CL | | None | J | T | | | | | |
| 20. - T. Rowe Price Equity Income SHS | | None | J | T | | | | | |
| 21. - Harbor International Instl CL | | None | J | T | | | | | |
| 22. - Kalmar Growth-With -Value Small Cap | | None | J | T | | | | | |
| 23. - Fidelity Intermediate Government Income Fund | | None | J | T | | | | | |
| 24. - Third Avenue Real Estate Value | | None | J | T | | | | | |
| 25. Fidelity Money Market Trust Retirement Money Market Portfoli | | None | J | T | | | | | |
| 26. CT Higher Education Trust Moderate Managed Allocation Fund | A | Dividend | M | T | | | | | |
| 27. Vanguard U.S. Growth Fund UTMA | A | Dividend | K | T | | | | | |
| 28. Brokerage Account # 1 | | | | | | | | | |
| 29. - Merrill Lynch Money Market | A | Dividend | J | T | | | | | |
| 30. - Abbott Labs | A | Dividend | J | T | | | | | |
| 31. - ConAgra Foods Inc. | A | Dividend | J | T | | | | | |
| 32. - Dupont E.I. De Nemours | A | Dividend | J | T | | | | | |
| 33. - General Electric | A | Dividend | J | T | | | | | |
| 34. - GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Hospira | | None | J | T | | | | | |
| 36. - Pfizer | A | Dividend | J | T | | | | | |
| 37. - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 38. Brokerage Account # 2 | | | | | | | | | |
| 39. - Federated Capital Reserves Money Market | B | Dividend | L | T | | | | | |
| 40. - AT&T | A | Dividend | K | T | | | | | |
| 41. - Abbott Labs | A | Dividend | K | T | | | | | |
| 42. - Alcoa Inc. | A | Dividend | J | T | | | | | |
| 43. - Allstate Corp | A | Dividend | J | T | | | | | |
| 44. - Amerisource Bergen | A | Dividend | J | T | | | | | |
| 45. - Amgen Inc. | | None | J | T | | | | | |
| 46. - BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 47. - Boeing Co Com | A | Dividend | J | T | | | | | |
| 48. - Boston Scientific | | None | J | T | | | | | |
| 49. - CBS Corp. CL B Com | A | Dividend | J | T | | | | | |
| 50. - Cigna Corp. | A | Dividend | J | T | | | | | |
| 51. - Campbell Soup Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 12

Name of Person Reporting

Ramos, Edgardo

Date of Report

05/04/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 53. - Chevron Corp. New Com | A | Dividend | K | T | | | | | |
| 54. - Cisco Systems Inc. | | None | J | T | | | | | |
| 55. - Clorox Co Com | A | Dividend | J | T | | | | | |
| 56. - Coach Inc. Com | A | Dividend | J | T | | | | | |
| 57. - Coca Cola Company | A | Dividend | J | T | | | | | |
| 58. - Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 59. - ConAgra Foods Inc. Com | A | Dividend | J | T | | | | | |
| 60. - Conoco Phillips Com | A | Dividend | J | T | | | | | |
| 61. - Corn Prods Intl Inc. Com | A | Dividend | J | T | | | | | |
| 62. - Disney Walt Co Disney Com | A | Dividend | J | T | | | | | |
| 63. - Discover Finl Svcs Com Inc. | A | Dividend | J | T | | | | | |
| 64. - DirectTV Com CL A | | None | J | T | | | | | |
| 65. - Dow Chem Co | A | Dividend | J | T | | | | | |
| 66. - Eastman Chem Co Com | A | Dividend | J | T | | | | | |
| 67. - Exxon Mobil Corp Com | A | Dividend | J | T | | | | | |
| 68. - Ford Motor Co Del Com Par | | None | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Freeport McMoran Copper & Gold Inc. | A | Dividend | J | T | | | | | |
| 70. - General Electric Co Com | A | Dividend | J | T | | | | | |
| 71. - GlaxoSmithKline PLC Spons ADR | A | Dividend | J | T | | | | | |
| 72. - Hershey Co Com | A | Dividend | J | T | | | | | |
| 73. - Hospira Inc. Com | | None | J | T | | | | | |
| 74. - Intel Corp Com | A | Dividend | J | T | | | | | |
| 75. - IBM Corp | A | Dividend | K | T | | | | | |
| 76. - International Paper Co | A | Dividend | J | T | | | | | |
| 77. - JP Morgan Chase & Co Com | A | Dividend | J | T | | | | | |
| 78. - Kellogg Co | A | Dividend | J | T | | | | | |
| 79. - Lifepoint Hosps Inc. Com | | None | J | T | | | | | |
| 80. - Merck & Co Inc. New Com | A | Dividend | J | T | | | | | |
| 81. - Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 82. - NCR Corp Com | | None | J | T | | | | | |
| 83. - Newell Rubbermaid Inc. Com | A | Dividend | J | T | | | | | |
| 84. - News Corp CL A | A | Dividend | J | T | | | | | |
| 85. - Oriental Financial Group Inc. Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Pepsico Inc. | A | Dividend | J | T | | | | | |
| 87. - Pfizer Inc. Com | A | Dividend | K | T | | | | | |
| 88. - Praxair Inc. | A | Dividend | K | T | | | | | |
| 89. - Raytheon Co New Com | A | Dividend | J | T | | | | | |
| 90. - Sara Lee Corp | A | Dividend | J | T | | | | | |
| 91. - Smucker J M Co Com New | A | Dividend | J | T | | | | | |
| 92. - Target Corp | A | Dividend | K | T | | | | | |
| 93. - Teradata Corp Del Com | | None | J | T | | | | | |
| 94. - 3M Co Com | A | Dividend | J | T | | | | | |
| 95. - Time Warner Inc. New Com New | A | Dividend | J | T | | | | | |
| 96. - Time Warner Cable Inc. Com | A | Dividend | J | T | | | | | |
| 97. - Travelers Cos Inc. Com | A | Dividend | J | T | | | | | |
| 98. - United Sts Stl Corp New Com | A | Dividend | J | T | | | | | |
| 99. - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 100. - Viacom Inc. CL B Com New | A | Dividend | J | T | | | | | |
| 101. - Vodafone Group PLC Spon ADR New | A | Dividend | J | T | | | | | |
| 102. - Yum Brands Inc. Com | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Edgardo | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Public Storage Common Stock (REIT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 139 | 632 | Notes payable to banks-secured | | | |
| U.S. Government securities–Series EE bonds | | 7 | 900 | Notes payable to banks-unsecured | | | |
| Listed securities–see schedule | | 585 | 312 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 213 | 754 |
| Real estate owned – personal residence | | 387 | 160 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 65 | 000 | Revolving line of credit | | 47 | 987 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Certificates of Deposit | | 22 | 035 | | | | |
| Retirement Holdings – see schedule | 1 | 137 | 133 | | | | |
| College Savings Accounts – see schedule | | 185 | 075 | Total liabilities | | 261 | 741 |
| | | | | Net Worth | 2 | 267 | 506 |
| Total Assets | 2 | 529 | 247 | Total liabilities and net worth | 2 | 529 | 247 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

835010141